## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICODEMES PEREZ DE LA CRUZ, individually and on behalf of other employees similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-04071 |
| v. | ) ) | |
| SOURCE 1 BUILDING MAINTENANCE SERVICES, INC. and TIMOTHY J. BERGER, individually. | ) ) ) ) | Hon. Judge Rebecca R. Pallmeyer Hon. Mag. Judge Rowland |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against Defendants with prejudice.

Respectfully submitted,

s/ Valentin T. Narvaez
Valentin T. Narvaez 6300409
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-878-1302
vnarvaez@yourclg.com

LEGAL\23483515\1